The Emigrant Industrial Savings Bank, Respondent, v. Fairdeal Holding Corporation, Appellant, and Others, Defendants.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ. On reargument, the decision of this court handed down on March 10, 1933 [238 App. Div. 850], is hereby amended to read as follows: Order denying motions to vacate *ex parte* order appointing a receiver affirmed, with ten dollars costs and disbursements, on authority of *N. Y. Title & Mortgage Co.* v. *Polk Arms, Inc.* (262 N. Y. 21). Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

Pauline Fisher, Appellant, v. Weingin Amusement Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Bertha Friedman and Isidore Friedman, Respondents, v. Ismo Estates, Inc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Estate of Jane Joss, Deceased. Christina J. Dougan, Executrix, etc., of Jane Joss, Deceased, Appellant; Annie Joss, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of Louis Sachs. Louis Sachs, Appellant; Gould & Newman, Attorneys, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The testimony relating to respective advances for disbursements of appellant and his attorneys, though somewhat indefinite, permitted a holding that, substantially, each offset the other and justified the official referee's disposition of this relatively minor phase of the case. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of Blanche Louise Thompson, Respondent, under Section 231-a of the Surrogate's Court Act, to Fix and Determine the Compensation of Charles H. Stoll, Appellant, for Legal Services Rendered to the Estate of David W. Thompson, Deceased, etc.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Kenwood Apartment Corporation, Appellant, v. Flynn L. Andrew and Marian Andrew, Respondents.— Motion for reargument denied. Motion granted and time to serve amended answer extended for ten days from the entry of the order herein. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Michael King, Respondent, v. William Harrison Dempsey, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Hans Musaus, Respondent, v. American Hawaiian Steamship Company, Appellant.— Motion for stay of execution granted. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.